IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ANGELA STEWART | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CAUSE NO. 1:08CV1325 LG-RHW |
| | § | |
| CITY OF GULFPORT, MISSISSIPPI, ET AL. | § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 15th day of July, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE